IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RICHARD DOSS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

    Appellant,

v.                     CASE NO. 1D14-3927

STATE OF FLORIDA,

    Appellee.

_____/

Opinion filed January 6, 2015.

An appeal from the Circuit Court for Bay County.
James B. Fensom, Judge.

Richard Doss, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

THOMAS, ROWE, and OSTERHAUS, JJ., CONCUR.